**Michael Wayne HALL, Petitioner–Appellant**

v.

**Nathaniel QUARTERMAN, Director Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee.**

No. 06–70041.

United States Court of Appeals, Fifth Circuit.

March 15, 2007.

Gregory Burke Westfall, Westfall, Platt & Cutrer, Fort Worth, TX, David Patrick Sheldon, Barracks Row, Washington, DC, for Petitioner–Appellant.

Thomas M. Jones, Office of the Attorney General Postconviction Litigation Div., Austin, TX, for Respondent–Appellee.

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

BY THE COURT:

We grant a certificate of appealability on Michael Wayne Hall's *Atkins* claim.[1] The case will be scheduled for oral argument before this panel.

We are not presently persuaded to grant and we defer decision upon the application for a certificate of appealability on Hall's *Ring*[2] and *Penry*[3] claims until after oral argument. The Court does not request

but the parties may supplement the *Ring* and *Penry* claims and offer argument, if they wish to do so.

So ORDERED.

---

**1.** *Atkins v. Virginia*, 536 U.S. 304, 122 S.Ct. 2242, 153 L.Ed.2d 335 (2002); *Hall v. Texas*, 537 U.S. 802, 123 S.Ct. 70, 154 L.Ed.2d 4 (2002).

**2.** *Ring v. Arizona*, 536 U.S. 584, 122 S.Ct. 2428, 153 L.Ed.2d 556 (2002).

**3.** *Penry v. Johnson*, 532 U.S. 782, 121 S.Ct. 1910, 150 L.Ed.2d 9 (2001).